1 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
2 | Scott K. Dauscher          State Bar No. 204105
   SDauscher@aalrr.com
3 | Amber S. Healy             State Bar No. 232730
   AHealy@aalrr.com
4 | David Kang                 State Bar No. 303562
   David.Kang@aalrr.com
5 | 12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
6 | Telephone: (562) 653-3200
Fax: (562) 653-3333
7
8 | Attorneys for Defendant ZOGSPORTS HOLDINGS LLC, erroneously sued as ZOGSPORTS
9

10 UNITED STATES DISTRICT COURT

11 CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| KEITH ERNST, ARTHUR OGANESYAN, and ALAN NAH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZOGSPORTS, an unknown business entity; and DOES 1-50, Inclusive,<br><br>Defendant. | Case No.   2:18-cv-09043-RGK (MRWx)<br><br>**DECLARATION OF MICHAEL MORTELLARO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION PURSUANT TO FLSA SECTION 216(B) AND MOTION FOR CLASS CERTIFICATION PURSUANT TO FRCP RULE 23**<br><br>Date:    February 11, 2019<br>Time:    9:00 AM<br>Judge:   Hon. R. Gary Klausner<br>Ctrm.:   850<br><br>Removal Filed: October 22, 2018<br>Complaint Filed: September 20, 2018<br>[Los Angeles County Superior Court] |
|---|---|

## DECLARATION OF MICHAEL MORTELLARO

I, Michael Mortellaro, declare:

1. I am Chief Operating Officer for Defendant ZogSports Holdings, LLC ("ZogSports") in the above-captioned matter and have served in that capacity since 2014 and other capacities since 2009. I have personal knowledge of the matters

- 1 -

016463.00008
22529708.1

DECLARATION OF MICHAEL MORTELLARO IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND CLASS CERTIFICATION

1 stated herein except as otherwise indicated, and if called as a witness, could and 2 would competently testify thereto.

3     2.    I make this declaration in support of ZogSports' Opposition to 4 Plaintiffs Keith Ernst, Arthur Oganesyan, and Alan Nah's ("Plaintiffs") Motion for 5 Conditional Collective Action Certification Pursuant to FLSA Section 216(B) and 6 Motion for Class Certification Pursuant to FRCP Rule 23 ("Motion").

7     3.    ZogSports has enrolled over 100,000 participants since 2014.

8     4.    Plaintiff Keith Ernst has participated in 13 seasons of ZogSports, 9 including our most recent season.

10     5.    Plaintiffs' counsel, Danny Yadidsion, participated in 11 consecutive 11 seasons and stopped participating just weeks before filing the instant lawsuit against 12 ZogSports.

13     6.    The individual registration fee for participants is generally less than 14 $100 per season.

15     7.    By registering and/or participating in ZogSports, Plaintiffs and their 16 attorney agreed to abide by certain community and league rules.

17     8.    The league rules required the teams that Plaintiffs and their counsel 18 played on to participate by, among other things: showing up to their scheduled 19 games and providing a volunteer referee for games played by other teams in the 20 league generally immediately before or after the team's game. Generally, there were 21 fewer volunteer referee slots during the season than there would be participants on a 22 team.

23     9.    The league rules were available on ZogSports' website and were terms 24 that were agreed to as part of the community experience that consumers would 25 purchase.

26     10.    To my knowledge, other than the Complaint filed in this action, 27 ZogSports has never received a complaint alleging that Volunteer Referees are

28

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

1  entitled to compensation, and I could find no evidence of any complaints in our
2  records or from our staff. To my knowledge, no Volunteer Referee has ever
3  complained that he or she was entitled to compensation. I am also not aware of any
4  Volunteer Referee ever expressing an expectation of compensation.

5  I declare under penalty of perjury under the laws of the United States of
6  America that the foregoing is true and correct.

7  Executed on this 18th day of January 2019 at Long Island City, New York.

MICHAEL MORTELLARO

- 3 -

DECLARATION OF MICHAEL MORTELLARO IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND CLASS CERTIFICATION