# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KEITH ERNST, ARTHUR          )
OGANESYAN, and ALAN NAH,     )
individually and on behalf)
of all others similarly      )
situated,                    )
                             )
              Plaintiffs,    )
                             )
    vs.                      ) No: 2:18-CV-9043 RGK(MRWX)
                             )
ZOGSPORTS, an unknown        )
business entity; and DOES    )
1-50, inclusive,             )
                             )
              Defendants.    )
_____)


DEPOSITION OF MICHAEL MORTELLARO
BEVERLY HILLS, CALIFORNIA
DECEMBER 11, 2018

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com


Reported by: Vicki Resch, RPR, CSR 6645



Page 19

1    we'll produce it if it's something that we have.

2    BY MR. YADIDSION:

3        Q    Have you looked in --

4        A    We don't have a legal entity structure on

5    paper, but I'm happy to talk through it with you.

6        Q    Okay.  Sure.

7             So what is the legal entity that operates or

8    owns the San Francisco operations?

9        A    So there's an LLC for each of those.  So the

10   answer to your question is the same for each of those,

11   which is that there is as separate LLC for each of

12   them.  So it's ZogSports SF, LLC and then that

13   methodology would carry through for each of the ones

14   that I told you.

15       Q    So I believe we've identified -- or you've

16   identified San Francisco, San Jose, Los Angeles,

17   New York, New Jersey, DC, Atlanta and Chicago.

18       A    Yes.  So each of those are their own legal

19   entity.  ZogSports, then the two- or three-letter

20   identifier that I told you, and then LLC would be the

21   name of each legal entity.

22       Q    So what's the legal entity for San Francisco?

23       A    ZogSports SF, LLC.

24       Q    San Jose?

25       A    ZogSports SJ, LLC.



Exhibit A
Page 5

Page 49

1      A      ZogSports Holdings, LLC.

2      Q      And can you describe what ZogSports is?

3      A      Sure.  ZogSports, originally, back in 2002,

4   was just a social sports league for young

5   professionals, which is still a core part of our

6   business.  I'm going to tell you the whole story

7   because it's going to come out at some point anyway.

8           So our founder started the company after a

9   near-miss on September 11.  He was 15 minutes late to

10  work, and as a result, was on the ground looking up

11  when the plane went into the tower that he was working

12  for, Marsh & McLennan.  Three hundred people did not

13  make it out that day.

14          He obviously was shocked, spent the next

15  several months thinking about what he wanted to do

16  with his life, what he had done up to that point, what

17  he had done for his career, and decided that he had to

18  do something else.

19          Back then, late 2001, early 2002, he

20  reflected on the things that he loved to do in his

21  life.  He loved playing co-ed sports.  He had met his

22  wife playing co-ed softball.  And he himself cared

23  about giving back to the community and was looking for

24  a new way to do so, finding a way for other people to

25  give back to the community.



Page 50

1      And so he decided to create ZogSports in 2002

2  with the three pillars of the company as sports,

3  social and charity.  The core business was social

4  sports leagues for young professionals.  It started in

5  New York.  It has grown into seven different markets.

6      The reason behind the company is still the

7  same as it was back then, which is that we believe

8  life is better with real personal actions of caring,

9  community, and a sense of play in your life, and we

10  are looking for ways to do that for people.

11      So it's not just about the sports league,

12  it's about the sports, social and charity.  And

13  everything we do is really revolving around those

14  three pillars.  And now we're looking for new ways to

15  do that for people.  So the ZogCulture business is a

16  way to fulfill that mission in the workplace.  And

17  some day, we hope to have other ways that we can do

18  that for people, real personal connections.

19      Practically, when you say what is ZogSports,

20  it's a social sports league for young professionals

21  running a number of different sports.  But it's not

22  just the sports league.  It's got that mission behind

23  it.  It has a happy hour after every game.  People

24  play for a charity.  We have donated somewhere between

25  $3 and $4 million dollars to our customers' charities



Page 51

1    since we started the company.

2        Q    And you mentioned the target demographic is

3    young professionals?

4        A    Primarily.  Call it 22- to 40-year-olds,

5    young professionals, co-ed.  Almost everything we do

6    is co-ed, again, because of the social component.

7        Q    And is it intended for participants to have

8    fun?

9        A    That's one of the intents.  Fun is one of our

10   six core values, trying to make sure that the people

11   who work for the company and the participants have

12   fun.  But it's definitely much bigger than just having

13   fun.

14       Q    What are the core principles of your company?

15       A    Sure.  We have six core values that guide the

16   entire company and guide everything we do, every

17   decision we make.  They guide the full-time employees

18   and they guide our field team.  They are fun, team

19   player, caring, reliable, own it.

20       Q    Own it?

21       A    Own it, two words.

22            And continuous improvement.

23       Q    And what are some of the reasons why someone

24   might join ZogSports?

25            MS. HEALY:  Objection.  Speculation.



Exhibit A
Page 8

Page 55

1   play with, but you really feel like you're part of the

2   ZogSports community when you play in our leagues.  And

3   we try to do what we can to have you meet people on

4   other teams so that you're really becoming a part of a

5   community.  We hear a lot of stories about people who

6   got a job because they met somebody at a happy hour

7   after a ZogSports game.

8          So it's very fulfilling to work there because

9   there are so many different reasons why people play.

10  But I think it all really boils down to that mission,

11  which is real personal connections, a caring community

12  and a sense of play in people's lives.

13         One last thing.  Some people play because of

14  the charity aspect, which is -- we call it "Play For

15  Your Cause."  Play For Your Cause is a way that people

16  can choose a charity.  Each team is asked to choose a

17  charity to play for.  So if you were to win your

18  division or come in second place, or in some leagues

19  we have off-the-field awards, you can win money for

20  your charity.  And then we donate to the charities of

21  our participant's choice.  Certainly not the number

22  one reason why people play, but it's potentially a

23  reason why they play with us.

24  Q    Are you aware of anyone who joined ZogSports

25  because they wanted to volunteer as a referee?



Exhibit A
Page 9

Page 56

1      A     I'm not aware of that.

2      Q     Do you market to people, potential ZogSports

3  participants, by asking -- by marketing them as

4  potential volunteer referees or asking them to join as

5  volunteer referees?

6      A     Not that I'm aware of.

7           MS. HEALY:  Objection.  Vague.

8  BY MR. YADIDSION:

9      Q     Do participants have to pay to join the

10  league?

11      A     Yes.

12      Q     And, generally, how much is it?

13      A      It varies by market, by sport.  I want to go

14  into the two different main ways to participate,

15  because there's a difference.  The answer is different

16  for each.

17           So there are two different ways that you can

18  register for a ZogSports league.  One is what we call

19  a full team.  In that case, there is one purchaser who

20  represents the whole team.  A purchaser is sometimes

21  referred to as the captain, and that person spends a

22  ballpark between $800 and $1,500 for a team.  It

23  varies widely based on the market, based on the sport.

24  That's a pretty good range.  And that person is

25  raising their hand and saying, I'm in charge of this



Page 57

1   team.   It is then their commitment and responsibility

2   to go out and recruit, depending on the sport,

3   anywhere from seven other people to 19 other people

4   that are going to be on their team.

5          And they are responsible for that team in

6   terms of recruiting, communication, they may work with

7   their team to decide to share that responsibility.

8   But ultimately, we look at them and they look at

9   themselves as the person responsible for the team.

10          They, separate from us, would collect money

11   from the members of their team.  And that's something

12   that is between them and their friends on their team.

13   We do ask that they all sign up for our mailing lists

14   so that we can communicate with all of them, but they

15   don't always do that, so we really make sure that we

16   communicate with that captain.

17          That purchaser, slash, captain can also ask

18   another friend to also become a captain.  There can be

19   multiple captains on a team that can share this

20   responsibility to recruit to make sure each week that

21   we have the right number of people so that we don't

22   forfeit and so that it is a full team.

23          The second way that somebody can participate

24   is through -- we call it free agent registration.

25   They could come to the same website and see the same



Exhibit A
Page 11

Page 58

1   league, the same rules on the website, but essentially

2   there's a fork in the road where they can either say,

3   I feel like I have the ability to recruit an entire

4   full team, or I don't, I just moved to town and I

5   don't know anybody and I just want to meet people or

6   play a sport.  Or, I have two, three, four, five

7   friends who want to play, but that's not enough for a

8   whole team.

9           So that one person or that group of people

10  sign up as a free agent, anywhere from $65 to $150,

11  ballpark.  And that person would register, they would

12  have a choice to put in other people who they want to

13  be on their team.  They would have a choice of either

14  paying for those people or not paying for those

15  people.  Either way, as long as they have told us who

16  they want to play with, we will put them on a team

17  together.

18      Q    How many seasons do you have every year?

19      A    A minimum, I would say, of four, generally,

20  for each sport.  In some cases, we are able to run --

21  like instead of just having one fall season, we may

22  have two fall seasons back to back.  So four to six is

23  probably the best guess I could give you.

24      Q    I don't want you to guess, but your best

25  answer is four to six, right?



Page 62

```
1      A    Yes.

2      Q    And ZogSports still is operating in

3   San Francisco and Los Angeles?

4      A    Yes.

5      Q    What about San Jose?

6      A    San Jose, we purchased a company that we

7   closed the acquisition in May of 2018.  The name of

8   the company was Dynamic Sport & Social, I believe.  So

9   that is when we officially started operating in

10  San Jose.

11     Q    And you're still operating there?

12     A    Yes.

13     Q    Do you have volunteer referees in San Jose?

14          MS. HEALY:  Objection.  Vague.

15          THE WITNESS:  We do not have volunteer

16  referees in San Jose.

17  BY MR. YADIDSION:

18     Q    Is that because Dynamic Sport & Social did

19  not have volunteer referees?

20     A    Dynamic Sport & Social, the company that we

21  acquired that we were not affiliated with, did have

22  volunteer referees when we acquired it.

23     Q    And is Dynamic Sport & Social a for-profit

24  company?

25     A    Yes.  When we purchased it, yes.  And keep in
```



Page 63

1    mind, we purchased the assets of the company rather

2    than the entity itself.

3        Q    I'm sorry.  Do you have volunteer referees in

4    San Jose?

5        A    Not right now.

6        Q    Is there a reason why you don't?

7        A    We no longer have volunteer referees.

8        Q    At any location?

9        A    Correct.

10       Q    Why is that?

11       A    Let me give you a good answer for this.  I

12   want to go back to -- I want to explain why we had

13   them in the first place.

14       Q    We'll get to that.  Let me --

15       A    It's hard for me to answer why we don't have

16   them now without giving a full explanation as to we

17   why we had them in the first place.

18       Q    When did you stop having volunteer referees?

19       A    When did we stop?  It varies by market.  In

20   San Francisco and Atlanta, it was approximately two

21   years ago.

22       Q    I'm sorry.  Atlanta and San Francisco?

23       A    Yes.

24       Q    What about Los Angeles?

25       A    Everywhere else, just to make it easier for



Page 76

1     Q    A volunteer referee.  And what do you mean by

2  a volunteer referee?

3     A    So the volunteer referee program is really a

4  rule more than a program.  It is a rule in our --

5  several of our leagues that asks each team to provide

6  one member of their team to perform volunteer referee

7  duties.

8     Q    Okay.

9     A    The reality of what we might hope that they

10  would do over the years has been very different and

11  variant based on market, league, and the paid referee

12  who is ultimately in charge of the field that day.

13          They are asked to hold a stopwatch.  One of

14  them -- there's two.  There are two volunteers.  The

15  reality is there might be none, there might be one,

16  and there might be two, because they don't always show

17  up.

18          There's a huge variance on what the knowledge

19  of football would be for any person who volunteers.

20  We might have somebody who shows up who has been

21  playing ZogSports football for many years and knows

22  the rules inside and out.  And there might be somebody

23  who, that's their first experience, and they don't

24  know anything about the rules.

25          So that's why I say there's a huge variance



MAGNA
LEGAL SERVICES

Exhibit A
Page 15

Page 77

1    on what they actually might be asked to do versus what
2    we might have thought they could do.  Ultimately, that
3    is the paid referee's job, is to instruct each of the
4    volunteers what their role would be in that game.
5    Because the paid referee is ultimately accountable and
6    the one who is the referee on the game.
7         So each of them are given a stopwatch.  One
8    of them would be keeping the play clock, we call it,
9    which is to ensure that -- I think it's every
10   25 seconds a new play happens or 25 seconds between
11   plays.  And the other would be keeping the game clock.
12   Now, again, it might vary greatly depending on their
13   knowledge.
14        In my experience, I have played in the
15   leagues and I've been a volunteer myself many times.
16   There were really only three things that I was doing.
17   One was the clock, two was keeping an eye on the
18   out-of-bounds line near me to see if somebody stepped
19   over or in front of it, so if they were in or out of
20   bounds.
21        And third was if there was a play right in
22   front of me that was not right in front of the paid
23   referee, was the person touched with two hands, one
24   hand or no hands.  But the referee was ultimately --
25   the paid referee was ultimately the one who would make



**MAGNA**
**LEGAL SERVICES**

Exhibit A
Page 16

Page 78

1    all of the decisions with perhaps a little bit of help

2    from the volunteers.

3             Now, that could, like I said, vary greatly

4    depending on the knowledge of the volunteers

5    themselves.  But our expectation was that they would

6    do those three things.

7             There could be a volunteer who would try to

8    do more, and that would be up to the paid referee to

9    make the decision of whether or not they would defer

10   to a volunteer to make any other calls.  But

11   ultimately, that was the paid referee's job and

12   ultimate decision to make every call.  They're really

13   an extra set of eyes to assist the community that's

14   playing there that day.

15            I want to take it back to 2002 and talk about

16   why we have the volunteer referee rule in the first

17   place.  Two reasons.  One is -- I know it's a question

18   that you plan on asking, and two, I think it's very

19   relevant to what their responsibilities are.

20   Q    So why did you -- we'll get into that later

21   unless --

22   A    Let's just do it now --

23   Q    Actually, I'll get to it later.

24   A    -- because it's --

25   Q    There's no question.



Page 79

1      A      -- very relevant to what the responsibilities

2   are, so I'd like to talk about why we started the

3   program.

4      Q      We'll get into that in a little bit.  I just

5   wanted to get a --

6      A      <u>I will add that many games do not have a</u>

7   <u>volunteer because they don't show up.</u>  We don't have

8   any record of that, so I can't tell you how many games

9   did or did not have a volunteer.  I can just say that

10  as a participant and as a coach of all the general

11  managers, I'm aware of the fact that many times they

12  did not show up.  We do have a penalty in our rules

13  for not showing up that is sporadically enforced.

14          So the paid referee is ultimately the one

15  who's responsible for the game and can manage a game

16  without any volunteers, which is, when I said earlier

17  today that we don't need volunteers, that's a part of

18  the reason why, because we have had many times where a

19  paid referee has managed a game themselves.

20          And secondly, right now, we don't have any

21  volunteers, and the leagues are running just fine with

22  just the paid referee.

23      Q      Okay.  So ZogSports uses referees, rights?

24      A      ZogSports uses a paid referee on every game.

25      Q      And why does ZogSports use referees?



Page 89

```
 1      A     We would coach them to do a better job.

 2      Q     So you want them to make the right calls,

 3   right?

 4            MS. HEALY:  Objection.  Asked and answered.

 5            THE WITNESS:  I've already answered.

 6   BY MR. YADIDSION:

 7      Q     You can answer it again.

 8      A     Yes.

 9      Q     And you classified some of these employees --

10   excuse me -- some of these referees as employees,

11   right?

12            MS. HEALY:  Objection.  Argumentative.

13            THE WITNESS:  The paid referees are

14   employees.  The volunteers are not.

15   BY MR. YADIDSION:

16      Q     And did ZogSports also require participants

17   to volunteer as referees?

18      A     No.

19      Q     What do you mean by that?

20      A     ZogSports has never required any individual

21   to do anything regarding volunteering.  ZogSports asks

22   the team to provide one volunteer.  It is now up to

23   that team to decide who that individual is, so we do

24   not require any individual to volunteer.

25      Q     And ZogSports did not compensate these
```



Page 94

```
 1                        AFTERNOON SESSION

 2

 3              (Whereupon, at the hour of 1:26 p.m., the

 4              proceedings resumed at the same location,

 5              with the same parties in attendance.)

 6

 7                      EXAMINATION (Resumed)

 8   BY MR. YADIDSION:

 9       Q    We're back on the record.

10            I'd like to remind you that you are still

11   under oath.

12            You understand that?

13       A    Yes, sir.

14       Q    So did ZogSports require participants to

15   volunteer as referees?

16       A    No.  ZogSports put a schedule out for when

17   people are to play their games.  Part of that schedule

18   for some of our leagues where we have volunteer

19   referees in the rules was to stay for each game which

20   team was responsible for providing a volunteer

21   referee.

22       Q    Did your rules state that volunteer referees

23   are required?

24            MS. HEALY:  Objection.  Vague.

25            THE WITNESS:  Our rules state that each team
```



Exhibit A
Page 20

Page 95

1   is to provide a volunteer referee, and if they don't,

2   that there would be a penalty for their team.

3   BY MR. YADIDSION:

4        Q     And did it say that it's required?  Did you

5   use the word "required"?

6        A     I would have to actually look at the rules.

7   I'd be happy to -- we provided them.  I do not know if

8   the word "required" is in there.

9             One thing that I want to say is that -- you

10  asked me before if the volunteer referees were

11  enforcing the rules, and I said no.  And the answer is

12  no, but I want to make sure I explain it since we went

13  to break.

14       Q     So I'll ask you --

15       A     Yes, ask me the question again.

16       Q     -- are volunteer referees enforcing the game

17  rules?

18       A     No.  The paid referee is 100 percent

19  responsible for enforcing the game rules.  The reason

20  that we cannot have the volunteer referees enforce the

21  game rules is that many of them don't even know the

22  rules.  They certainly don't know all the rules.  They

23  can be a separate set of eyes and ears on the field,

24  but it is 100 percent the responsibility of the paid

25  referee to enforce the game rules.



Page 96

1          <u>And in the cases where we have eliminated the</u>

2     <u>rule for volunteer referees, nothing changes for the</u>

3     <u>paid ref except they don't have that second set of</u>

4     <u>eyes.</u>

5     Q    Do volunteer referees assist the paid

6     referees in enforcing the game rules?

7          MS. HEALY:  Objection:  Speculation.

8          THE WITNESS:  I think I already answered the

9     question.

10    BY MR. YADIDSION:

11    Q    You can answer it.

12    A    The paid referee is responsible for -- is

13    100 percent responsible for enforcing the game rules.

14    The volunteer referees are an extra set of eyes, not

15    to enforce the rules, but to help with primarily two

16    to three things out of probably -- we'd have to look

17    at the rules.  There's probably a hundred things that

18    the paid referee is responsible for.  We ask for

19    assistance with the clock, out of bounds, and touch

20    versus no touch.

21    Q    So would it be accurate to state that the

22    volunteer referees were assisting the paid referees in

23    enforcing the game rules?

24    A    I've already answered the question.

25    Q    Is that a yes or no?



Page 102

1    team.   That is a commitment they have made.

2          So again, the captain has a commitment to

3    recruit their team.   They have to spend time on that.

4    They have to spend time on that in their free time

5    recruiting their team.   The team has a commitment, and

6    each member of that team has a commitment as a team to

7    the league, to the community that they have signed up

8    for, to show up for their games so that they don't let

9    that community down.

10          All of that is similar to the volunteer

11   referee commitment.   It is no different.   We are

12   asking them as a member of the community to show up

13   for their community.   And there is no, ever

14   expectation that for all of those, as you call them,

15   duties, that anybody will be paid.   Nobody thinks

16   they're going to get paid.   Nobody has an expectation

17   that they're going to get paid for all these

18   commitments that are made.

19          The volunteer referee is, in fact, a lighter

20   commitment than forfeiting.   So, for example, if your

21   team does not show up for a game, the penalties are in

22   the rules.   They are harsher for forfeiting than they

23   are for your team not providing a volunteer referee.

24          We are not talking about whether or not --

25   showing up to play in your game, whether or not that



Exhibit A
Page 23

Page 103

1    was an employer-employee relationship between us and

2    whether or not we should have been paying them,

3    because that would be absolutely ridiculous.  It's

4    just as ridiculous to say that somebody who signed up

5    for a commitment to be a -- to play in a league where

6    they are asked to volunteer, their team is asked to

7    volunteer, just like they're asked to show up, just

8    like they're asked to recruit, it's something that you

9    have signed up for.  And you never had any

10   expectation, and no reasonable person had any

11   expectation, and we have no feedback over the years,

12   including from you in your first, second, third,

13   fourth, fifth, sixth, seventh or eighth or ninth or

14   tenth season that you played and that you probably

15   were a volunteer referee, we never heard, where's my

16   pay, because there was never any expectation of a

17   volunteer being an employee of the company.

18          That is my long explanation.  I apologize for

19   getting fired up.  I'm sorry about that.  But this is

20   very emotional for me because it is so against what

21   the community is all about.  And people are there to

22   help each other.

23          I'm going to go back to 2002.

24      Q   Wait.  Are you talking about something else?

25      A   I'm talking -- can you restate the question



Page 128

1   San Francisco and Atlanta two years ago.  That's what

2   we decided we do across the board now.  And that's

3   ideal for a number of reasons.

4        Q    To avoid lawsuits?

5             MS. HEALY:  Objection.  Argumentative.  I'm

6   going to instruct him not to answer that.

7   BY MR. YADIDSION:

8        Q    So why is it -- was it ideal before this

9   lawsuit?

10       A    So the reason why we have the volunteer

11  referees in the first place is, I think, the answer to

12  how things have changed.

13            So back in 2002, we talked about Rob's

14  near-miss on September 11, looking for a way to give

15  back to the community.  He was afraid that what people

16  were feeling in New York at the time was not going to

17  last.  People were looking for a way to give back.

18  People were looking for a way to give back to the

19  firefighters, to the police officers, the families.

20  They were looking for a way -- like never had happened

21  before, they were looking for a way to come together.

22  And Rob was afraid that that wouldn't last.

23            So he thought that ZogSports would be a way

24  for that to last both by creating a community and by

25  giving people a way to give back to charity and giving



Page 129

1   people a sustainable way to do something they love

2   doing and give back to charity at the same time.

3           So he started to start ZogSports.  He told

4   all of his friends.  He --

5       Q    I'm sorry to interrupt, but I'm just asking

6   about the volunteer referees.

7       A    I'll get there.

8            He --

9       Q    I don't need to know about the history --

10      A    You don't care, I guess.

11      Q    That wasn't my question?

12      A    I'm going to get there.

13           So he told all his friends, did some

14   networking and was expecting probably 30 people to

15   show up on that first day of football.

16           And he got out to the field and he, A, didn't

17   have time, nor did he really even think to hire a paid

18   referee the way that I just described it.  That's all

19   evolved.

20           But back then, that first day, he was just

21   looking for a way to bring the community together.  So

22   he showed up at the field expecting 30 people to show

23   up.  He didn't have an online system, so it was all

24   just networking.

25           So that day, 500 people show up to support



Exhibit A
Page 26

Page 130

1    New York, to support him, to support his cause.  There

2    were 500 people on the field that day, and that was

3    the start of the ZogSports community.  And they all

4    looked around and they said, what are we going to do?

5    There's 500 people here.  How are we going to play

6    football?  We don't have any referees.  And they all

7    said, wow, we'll help the community.

8            And that's where the volunteer referee

9    program started, by people wanting to help their

10   community after September 11.  And that was the spirit

11   of it.  It was a community.  It was a social thing for

12   them to help each other and help their community.  And

13   that's the way I just described it to you, which is

14   that there is a commitment to your league and a

15   commitment to your community.  And it was nothing else

16   other than that from the start until now.  And that's

17   what you're attacking.

18       Q    Are you done?

19       A    No.

20       Q    Go ahead.

21       A    So back then it was about a community coming

22   together and helping each other.  And that was always

23   our hope, is that that's the way the volunteer referee

24   rule would continue, and it became less important over

25   the years.  We had people who didn't know the rules.



1    And I would say a very large portion of the volunteers

2    don't know the rules.  People wouldn't show up for

3    their volunteer responsibilities, and we didn't keep

4    track of it.  We didn't even penalize.  We stopped

5    penalizing for most of our leagues.

6            And so it wasn't something we needed.  We had

7    no financial benefit to having it.  We can have a game

8    refereed with one referee, which we've proven before

9    we eliminated it and after we eliminated the rule.

10   And so that's the answer to the question of why we

11   don't have them, is because back in the day, there was

12   a very specific social reason why it existed, to help

13   the community.  That we have seen dissipate.  It was

14   very much nice to have, but certainly not necessary.

15   And rather than fight with you about it, we could

16   either have kept it going and said, believe us, we

17   don't need it, or we could stop it and say, look, we

18   don't need it, which we don't.  The proof is we don't

19   have it anymore.  And it's not because of the lawsuit

20   because we had it stopped two years ago in Atlanta.

21   We had it stopped two years ago in San Francisco.  Our

22   football sales have been going down every year, so

23   we've been -- and that's a macro effect because we

24   actually talked to our competitors in all different

25   cities, and football has been going down.



Page 141

1    many people could have volunteered.

2    BY MR. YADIDSION:

3        Q    And ZogSports never recorded the hours

4    volunteered by volunteer referees, right?

5            MS. HEALY:   Objection to the extent that that

6    calls for a legal conclusion or expert opinion.   He

7    can testify as to his understanding.

8            THE WITNESS:   Can you please repeat the

9    question?

10           MR. YADIDSION:   Can you read it back?

11           (Record read.)

12           THE WITNESS:   ZogSports doesn't have any way

13   to know who volunteered.

14   BY MR. YADIDSION:

15       Q    So ZogSports never recorded it?

16       A    Correct.

17       Q    And that's throughout California?

18       A    Correct.

19       Q    And that's throughout the United States?

20       A    To my knowledge, yes.

21       Q    And ZogSports has never maintained records of

22   hours worked by any of the volunteer referees, right?

23           MS. HEALY:   Objection.   That's argumentative.

24   It assumes facts not in evidence, and it contains

25   legal conclusions that are highly disputed in this



Page 143

1    wage document --

2         Q    That's a fair point.

3              So ZogSports never issued wage statements to

4    any volunteer referees for volunteering as referees,

5    right?

6         A    Correct.

7         Q    And that's throughout California?

8         A    Correct.

9         Q    And that's throughout the United States?

10        A    Correct.

11        Q    Does ZogSports maintain records of all

12   individuals who have registered for or participated in

13   its sports or activities?

14        A    Registered for, yes.  Participated in, no,

15   because oftentimes somebody may show up who is not

16   registered.

17        Q    Has ZogSports maintained records of all

18   individuals who have registered for its sports or

19   activities since 2014?

20        A    I just want to explain it with a couple

21   sentences because --

22             MS. HEALY:  Go ahead.

23             THE WITNESS:  The general answer is yes.  But

24   for the paid teams, it's up to the captain to put

25   their roster in.  So that's not technically



Page 144

1    registering.   And they may or may not fill out their

2    roster fully.

3             So what we have are the records of the people

4    who have paid, plus the people who have paid for a

5    full team, whatever they said their roster was.   They

6    have up to two weeks after the start of the season to

7    change it.   So on the full teams, our record of who

8    registered is not complete.

9    BY MR. YADIDSION:

10       Q    Okay.   So what type of information does the

11   captain need to provide for each of the individuals on

12   the roster?

13       A    Just name and email address.

14       Q    What about physical home address?

15       A    The captain does not do that.

16       Q    Do the participants do that at any point?

17       A    They are asked to.   We would like them to,

18   but we don't require it.

19       Q    What about phone number?

20       A    Same.

21            MS. HEALY:   Is now a good time to take a

22   break?

23            MR. YADIDSION:   If you'd like to, sure.

24   We'll go off the record.

25            (Recess.)



Page 145

1   BY MR. YADIDSION:

2        Q    I just want to go back to what we were

3   discussing earlier.

4             So does ZogSports maintain a record of all

5   individuals who have registered for sports or

6   activities?

7        A    I think I answered it already, which is we

8   have a record of everyone who paid, which is all --

9   almost all of the free agents and the purchasers of

10  the teams, but we have little control over how they

11  fill out their roster.   We ask them to fill it out.

12  We don't require it.

13            So we have some teams that have just one

14  person on them and we have some in the complete

15  opposite direction, which is like a company who puts

16  50 people on their roster.   So the blanket statement

17  that we have a record for everyone who registered is

18  hopefully clarified by that explanation.

19            The general answer is yes, but we don't have

20  a record of everyone who played because of the fact

21  that the rosters are controlled by the purchaser, and

22  that's like 80 percent of our participants are on

23  those full teams.

24       Q    So to summarize, you have a record -- you

25  don't necessarily have records of everyone who



Page 147

1    actually have all that other information.

2    BY MR. YADIDSION:

3        Q    Do these records indicate which sports or

4    activities they participated in?

5        A    It's a different record.  So there's the kind

6    of account information, which is what we just talked

7    about.  And then there's like the registration

8    information, which is -- which connects each account

9    to the league that they have signed up for.  And each

10   league is associated with a sport.

11            Does that make sense?

12       Q    Right.  So you could connect those databases?

13       A    Yes.

14       Q    And you previously identified which sports or

15   activities have volunteer referees, right?

16       A    Yes.  And we provided that to you.

17       Q    And these records indicate the locations

18   where they participated or registered?

19            MS. HEALY:  Objection.  Vague.

20            THE WITNESS:  I think it's in the records we

21   gave you.  If it's not -- I think we have a column in

22   the records we gave you.

23   BY MR. YADIDSION:

24       Q    So to the best of your recollection, the

25   records indicate where participants have registered,



Page 148

1    right?

2        A    Yeah.

3        Q    So using these records, would you be able to

4    compile lists which include the names and last known

5    contact information of all ZogSports participants

6    throughout the United States since September 2014?

7        A    For -- specifically for leagues where there

8    were volunteers?

9        Q    My question is more general.  For all

10   ZogSports participants.

11       A    Yes.

12       Q    And based on ZogSports records, could you

13   also identify all individuals who have potentially

14   volunteered as a referee?

15       A    No.

16            MS. HEALY:  Objection.  Speculation.

17   BY MR. YADIDSION:

18       Q    Why not?

19            MS. HEALY:  Asked and answered.  He already

20   answered.

21            THE WITNESS:  I think there are two reasons.

22            I'm sorry.  Please restate the question.

23   BY MR. YADIDSION:

24       Q    Sure.  So based on ZogSports' records, could

25   you identify all individuals who could have



Page 149

1   potentially volunteered as a referee?

2        A    There is nothing -- we don't have a report

3   right now that can do that.

4        Q    Right.  But would you be able to generate

5   that type of work?

6        A    Not without IT support.  There is data that

7   could be connected, but we don't have that data right

8   now.  So the answer is no.  But could we, the answer

9   is yes.

10       Q    So without proper IT support, you could

11  compile that list, right?

12       A    We could compile the list of all the people

13  who played in leagues where, in the rules, there was a

14  volunteer referee request.

15       Q    And is that since September 2014?

16       A    Yes.

17       Q    And the list includes the last known contact

18  information to the extent it is reported, right?

19       A    To the extent it is reported, with the caveat

20  that for the roster members may not have anything more

21  than email address and name.

22       Q    And is this throughout the United States?

23       A    Yes.

24       Q    And ZogSports does not keep any records of

25  when volunteer referees work, right?



Page 150

1          MS. HEALY:  Objection.  Argumentative.  Also,

2     there's a legal conclusion in there.

3          MR. YADIDSION:  Is there?

4          MS. HEALY:  There is.

5          THE WITNESS:  Yeah, if you could try to

6     restate it without the word "work," because I don't

7     agree that they worked.

8     BY MR. YADIDSION:

9     Q     Okay.  So does ZogSports -- let me rephrase

10    that.

11         ZogSports does not keep any records of when

12    volunteer referees volunteered, right?

13    A     Correct.

14    Q     And that's been the policy and practice since

15    September 2014, right?

16         MS. HEALY:  Objection.  Asked and answered.

17         THE WITNESS:  To my knowledge, yes.

18    BY MR. YADIDSION:

19    Q     And that's been the policy and practice in

20    California?

21    A     To my knowledge, yes.

22    Q     Throughout the United States?

23    A     Yes.  And I just want to say that when I say

24    to my knowledge, it's because like I have said for

25    anything, there's a chance that somebody could have



Page 156

1          THE WITNESS:  That's a -- that's a good

2    point.  The math that I gave you was the number of

3    times somebody has played, not necessarily the number

4    of people.

5    BY MR. YADIDSION:

6         Q    Okay.  So let's talk about the unique

7    individuals.

8         A    Unique individuals, I don't have the data.

9    We don't have any reports based on that.

10        Q    So how many times does someone in California

11   since September 2014 play or participate in ZogSports?

12        A    We don't have that data.  It could be

13   somebody like you who played every season for two and

14   a half years, 11 straight times, or it could be

15   someone who only showed up once.  We don't have that

16   data.

17        Q    You don't know --

18        A    No.

19        Q    -- how many times, on average, someone

20   participated in ZogSports?

21        A    No.

22        Q    You don't keep track of that data?

23        A    Our system doesn't have that data.

24        Q    What is your best estimate?

25             MS. HEALY:  Objection.  Speculation.



Page 192

1    clock, right?

2        A    Yes.

3        Q    And when the play clock has 10 seconds

4    remaining, referee number two needs to yell out

5    10 seconds.  When the clock has five seconds

6    remaining, he/she needs to yell out the final

7    five-second countdown.

8             Is this the policy and practice of ZogSports?

9        A    It was the hope.  I think the reality was

10   that it happened sporadically.  I think back in the

11   day, it happened pretty consistently.

12       Q    And this was the rule or recommendation since

13   September 2014, right?

14       A    It wasn't the rule.  The rule is that you

15   just need to provide a volunteer referee.  This is an

16   instruction to the paid referee for how to best

17   leverage the volunteer referee's support for them to

18   be able -- for the paid referee to be able to do their

19   job.

20       Q    What about calling touchdown, did the

21   volunteer referee do that?

22            MS. HEALY:  Objection.  Speculation.

23            THE WITNESS:  The paid referee calls

24   touchdowns almost always unless they don't see it,

25   which is rare.  And if they don't see it, they can ask



Page 193

1    a volunteer referee for help.

2              I think my statement would be that the paid

3    referee is the one who generally calls touchdowns

4    because they can be very controversial, and you would

5    want the ambassador of the company being the one

6    deciding if a touchdown has happened or not.

7    BY MR. YADIDSION:

8        Q    And the volunteer referee assists the paid

9    referee in doing that?

10       A    If the paid referee asks for -- for

11   assistance, but not by default.

12       Q    What about making all calls five to 15 yards

13   downfield, for example, completed passes, in/out of

14   bounds, two-hand touch, et cetera, and calling

15   penalties, for example, delay of game, pass

16   interference, picks, blocking, et cetera.

17             Did volunteer referees do that?

18             MS. HEALY:  Objection.  Speculation.

19             THE WITNESS:  Generally, not all of it.  So

20   generally, which I think the best thing I can tell

21   you, is what I know happens out there.  It's clock,

22   inbounds/out of bounds, two-hand touch.  The rest of

23   the stuff was a wish list that was not in reality

24   happening.

25   ///



Page 196

1    authority on the field who could decide when to start

2    and stop that clock.

3    BY MR. YADIDSION:

4        Q    And that's been applicable since

5    September 2014?

6        A    Yes.

7        Q    What about making sure you know the clock

8    rules.

9             Who does that refer to?

10       A    That would be our hope that a volunteer

11   referee would know the clock rules.

12            My best guess would be that almost none of

13   them actually know the clock rules.  So it ultimately,

14   it lands on the paid referee to know the clock rules

15   and just tell the volunteer when to click start and

16   stop on the stopwatch.

17       Q    And that practice has been in effect since

18   September 2014?

19       A    Yeah.  So in practice, as documented here, it

20   was a hope.  The reality since September 2014 was that

21   the paid referee was the one telling the volunteer

22   when to start and stop the clock.

23       Q    What about timeouts?

24            MS. HEALY:  Objection.  Vague.

25   ///



Page 197

1   BY MR. YADIDSION:

2       Q    It says here two timeouts?

3       A    Yes.  So the same answer, which is that the

4   paid referee is the one who primarily would be

5   responsible for timeouts.  In fact, he is responsible

6   for timeouts.  Even though this document is asking the

7   volunteer referee to be responsible for timeouts, the

8   paid referee is actually the one responsible for

9   timeouts.

10      Q    What about updating the scoreboard?

11      A    I don't know.  I don't know what's -- in this

12  document, it says that the volunteer referee is

13  responsible for that.  I don't know what the practical

14  reality is.

15      Q    What about making all calls downfield, for

16  example, completed passes, in and out of bounds,

17  two-hand touch, et cetera, and calling penalties, for

18  example, delay of game, pass interference, picks,

19  blocking, et cetera?

20      A    Yes.  So my answer for that is the same as --

21  as up above.  It says almost the exact same thing for

22  referee two.

23           And the answer is that there were really

24  three things we were seeing the volunteers do, which

25  is the clock, inbounds versus out of bounds and



Page 198

1   flagpoles and two-hand touch.  Not the rest of this

2   list, which was at one point a hope.

3          In fact, when I coach people, I've told them

4   you actually don't want your volunteers making

5   controversial callings, like pass interference.  It

6   has to be a head referee who's paid by the company

7   who's making a call like that.

8   Q    It says here, use your volunteers.  Make sure

9   the referees are positioned correctly, and let them

10   know what calls to look for on the field.

11          Were paid referees required to instruct

12   volunteer referees to do that?

13   A    "Required" is not the right word.  They were

14   certainly asked to use their volunteers and asked to

15   gather the referees before the game and explain how

16   they can help.

17          The reality is, I would say, anywhere from a

18   0- to 10-second explanation of what they were to do,

19   and then the game started.

20   Q    Is there anywhere in the record or any

21   documents that show that they did spend only about

22   10 seconds --

23   A    No.  Just like there's no record that there

24   was a volunteer at any given game.

25   Q    So you're basing this on your anecdotal



Exhibit A
Page 42

Page 234

1   a call and perhaps asking for help from a volunteer if

2   they didn't see something.

3       Q    And that's been the policy and practice since

4   September 2014?

5       A    Yes.

6       Q    Okay.  You can put that away.

7            What's ZogSports' policy or practice when

8   there are no volunteer referees to referee a game?

9            MS. HEALY:  Objection.  Asked and answered

10  many times.

11           THE WITNESS:  Play the game without any

12  volunteer referees would be the general rule.

13  BY MR. YADIDSION:

14      Q    And generally, are there penalties assessed?

15           MS. HEALY:  Again, objection.  Asked and

16  answered.

17           THE WITNESS:  The rules state that there

18  would be penalties assessed.  And I would say

19  sporadically they are, depending on the discretion of

20  the referee to decide it.

21  BY MR. YADIDSION:

22      Q    Does it hurt the efficiency if there are no

23  volunteer referees?

24           MS. HEALY:  Objection.  Asked and answered.

25  We did all of this before lunch.  Why are we circling



Page 235

1    back to it?

2         I'm going to allow this to go on for a little

3    bit longer, and then I'm going to start instructing

4    him not to answer, because when we've heard the same

5    question and answer four times in the same manner,

6    there's no need to keep doing it other than to harass

7    and badger the witness.

8         MR. YADIDSION:  No, I didn't ask that

9    question.

10   BY MR. YADIDSION:

11       Q    Please answer the question.

12       A    Can you please --

13       Q    Sure.  Does it hurt the efficiency of the

14   game not to have a volunteer referee?

15       A    That would be an opinion.

16       Q    I would like your opinion, please.

17       A    No.

18       Q    Why is that?

19       A    Back in 2002, the answer might be yes.  But

20   in the last four years, the volunteer referee usage

21   has been sporadic at best.  Most of them don't know

22   the rules.  Many of them are daydreaming.  And so to

23   not have volunteer referees in most of our leagues,

24   and again, there are exceptions.  Sometimes volunteers

25   are terrific.  But in general, it has not been very



Page 236

1   helpful to have them.   So the efficiency is not better

2   with them or worse without them.

3           I do have to take a bathroom break soon.

4   Q     I appreciate that.

5           Could ZogSports have hired more paid referees

6   instead of having volunteer referees?

7           MS. HEALY:  Objection.  Speculation.  Vague.

8   Asked and answered.

9           THE WITNESS:  We didn't and haven't.

10  BY MR. YADIDSION:

11  Q     So to have an extra set of eyes on the game,

12  could it have hired additional paid referees?

13          MS. HEALY:  Objection.  Speculation.  Asked

14  and answered.

15          THE WITNESS:  I mean, I think the answer that

16  is more specific is we didn't, and we have not done

17  that.

18  BY MR. YADIDSION:

19  Q     Is there a reason why you have not hired

20  additional paid referees for each game?

21          MS. HEALY:  Objection.  Asked and answered.

22  Speculative.

23          THE WITNESS:  Because we feel that one paid

24  referee is enough.  And the volunteers, as I've

25  explained, it wasn't just about them being on the



Page 237

1    field.  It was a much broader reason why that program

2    originally started.  There's no comparison between a

3    paid referee and a volunteer referee, both in the

4    responsibilities and in the spirit of why one is there

5    and the other is there.  So no.

6    BY MR. YADIDSION:

7        Q    Do you believe a paid referee is capable of

8    competently keeping track of the game clock, the play

9    clock and keeping track of the game?

10            MS. HEALY:  Objection.  Asked and answered.

11            THE WITNESS:  My answer is that it doesn't

12    matter what I believe.  It's happening.

13    BY MR. YADIDSION:

14        Q    Now, it's happening?

15        A    It's happening.

16        Q    Does ZogSports have any competitors?

17        A    Yes.

18        Q    Who are they?

19        A    There are hundreds.

20            MS. HEALY:  Is there a topic that he's

21    designated on talking about his competitors?  I'm

22    pretty sure there is not.

23            THE WITNESS:  I do have to use the bathroom.

24            MR. YADIDSION:  Okay.  Let's take a quick

25    break.



Page 248

1      Q      And has that been the policy and practice

2   since September 2014 at all locations?

3      A      Yes.

4      Q      And what about under, no referee penalties,

5   it describes here the consequences for not having

6   referees.  It says, teams failing to provide a referee

7   will incur the following penalties per referee that is

8   supposed to be provided.  First time, team will start

9   next game down 9-0 per volunteer referee.

10          Second time, team automatically gets a loss

11   added to their record.  Third time, team is removed

12   from playoffs.  Playoffs.  Team will start their game

13   down 14-0 per volunteer referee.

14          Is that -- does that accurately describe the

15   policies and practices of ZogSports since September

16   2014 at all locations?

17      A      Yes.

18      Q      Below that it says, if ref arrives more than

19   10 minutes after game time, team starts next game down

20   3-0.  If ref arrives after first half completes, team

21   starts next game down 6-0.

22          Does that accurately describe ZogSports'

23   polices and practices since September 2014 throughout

24   all locations in the United States?

25      A      I would say in general, yes.



Page 266

```
 1      Q     I just want to be clear.

 2            MS. HEALY:  You're both talking at the same

 3      time.

 4            THE WITNESS:  Sorry.  I can --

 5            MS. HEALY:  You already answered.  That's

 6      fine.  If you don't know, you don't know.

 7            THE WITNESS:  Yeah, I don't know.

 8            MR. YADIDSION:  We'll move on to Exhibit 14.

 9            (Exhibit 14 was marked for identification.)

10            MR. YADIDSION:  This has been Bates stamped

11      Zog 1.

12      BY MR. YADIDSION:

13      Q     Can you explain what Exhibit 14 is?

14      A     I believe I know what it is just by looking

15      at it, but I would want to know what the label was on

16      the file when I submitted it, just to make sure.

17            I believe it is a volunteer referee penalty

18      report, but I'd like to verify that.  Is there a way

19      to just verify that that is what I -- what we called

20      it when we submitted it?

21            MR. YADIDSION:  You want to go off the

22      record?

23            MS. HEALY:  No, just give me a second.

24            That is correct.

25            THE WITNESS:  All right.  So I mentioned
```



Page 267

1   earlier that our referees, when we code them as a

2   referee in the system and they get access to our

3   system, would be able to enter scores.   They also can

4   enter if there was an injury during the game.   They

5   can also enter if there was an incident during the

6   game.

7           Another thing that they can enter is called a

8   volunteer ref penalty, that is incredibly sporadically

9   used.   For example, when I ran the report for DC,

10  there were no entries in it for the last three years.

11  I think we can all agree that there was at least one

12  time in the last three years where somebody did not

13  show up as a volunteer.

14          And so in theory, the way that the system was

15  designed, was that every single time that happened,

16  the referee would go enter it in the system.   The

17  reality is, they didn't do it.   We didn't really ask

18  them to do it.   Some people would probably just see

19  that it was an option.

20          So it's evidence that the volunteer referee

21  penalties were not documented very well.   We gave you

22  what we had.

23  BY MR. YADIDSION:

24      Q    Did you instruct them to document the

25  penalties at some point?



Exhibit A
Page 49